**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000639**
**17-DEC-2021**
**08:46 AM**
**Dkt. 17 OAWST**

NO. CAAP-21-0000639


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


PEARL ULTRA LOUNGE LLC, Plaintiff-Appellant, v.
THOMAS ROSELLI; FIRST INSURANCE COMPANY OF HAWAII, LTD.,
FIRST FIRE AND CASUALTY INSURANCE OF HAWAII, INC.,
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10 and
DOE GOVERNMENTAL ENTITIES 1-10,
Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC131003177)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation to Voluntarily Dismiss Appeal with Prejudice, filed December 13, 2021, by Defendants-Appellees Thomas Roselli, First Insurance Company of Hawaii, Ltd., and First Fire and Casualty Insurance of Hawaii, Inc., the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal;

and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, December 17, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge